IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THERESA MASON, | § | |
| | § | No. 37, 2014 |
| Respondent Below, | § | |
| Appellant, | § | Court Below: |
| | § | |
| | § | Family Court of the |
| v. | § | State of Delaware, in and for |
| | § | New Castle County |
| DIVISION OF FAMILY SERVICES, | § | |
| | § | File No. 13-08-10TN |
| | § | Petition No. 13-27308 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted:  September 17, 2014
Decided:  September 18, 2014

Before **STRINE**, Chief Justice, **RIDGELY** and **VALIHURA**, Justices.

# **O R D E R**

This 18ᵗʰ day of September 2014, the Court, having considered this matter on the briefs of the parties, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Family Court in its decision of December 30, 2013;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Family Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice